**Order entered September 21, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00249-CR

### JAMES GAVIN OVERLOON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 291st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F18-00354-U

## ORDER

Before the Court is the State's September 7, 2021 second motion to extend the time for filing the accompanying brief. We **GRANT** the motion and **ORDER** the brief filed as of the date of this order.

/s/    DAVID J. SCHENCK
PRESIDING JUSTICE